UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALONZO BAKER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　　Defendant. | 22-CV-3868 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

　　It is hereby ORDERED that counsel for all parties appear for a post-discovery status conference with the Court on **November 30, 2023** at **12:00 p.m.** The conference will be held remotely by Microsoft Teams. Additionally, no later than **November 16, 2023**, the parties are hereby ORDERED to file on ECF a joint letter, in accordance with Rule 3(d) of the Court's Individual Rules and Practices in Civil Cases.

Dated: September 6, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge