UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALONZO BAKER, :
:
                Plaintiff, : 22-CV-3868 (JGLC)
:
                -against- : **ORDER**
:
CITY OF NEW YORK, FIRE DEPARTMENT, :
:
                Defendant. :
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a settlement conference on October 8, 2024. The parties are now directed to meet and confer regarding whether additional settlement discussions would be productive and file a joint letter on the docket by **December 16, 2024,** indicating whether the parties wish to schedule an additional settlement call or conference. If the parties wish to schedule an additional call or conference, the parties should include proposed dates in January in their December 16 letter.

**SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: December 10, 2024                    **Ona T. Wang**
      New York, New York                United States Magistrate Judge